UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD CHERVENY, et al.,<br><br>　　　　Plaintiffs,<br>v.<br><br>CAESARS ENTERTAINMENT, INC.,<br><br>　　　　Defendant. | Case No. 2:23-cv-01818-APG-EJY<br><br>**Order Transferring Case** |

　　This case arises from an alleged data leak by, or hack against, defendant Caesars Entertainment, Inc. Currently pending in this district are at least five other class action lawsuits arising from that same incident. *See*, *e.g.*, 2:23-cv-01447. Because those cases are related, they are assigned to District Judge Anne Traum and Magistrate Judge Brenda Weksler under Local Rule 42-1(a). Given that this case appears related to those, it would be efficient and conserve judicial resources if this case is assigned to Judges Traum and Weksler as well. I ordered the parties to show cause why this action should not be transferred to Judges Traum and Weksler. ECF No. 5. No party responded.

　　I THEREFORE ORDER that this case is transferred to Judges Traum and Weksler.

　　DATED THIS 30th day of November, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE